for respondent, less the sum of $1,000, which had been paid. The court granted a new trial, apparently for the reason, as appears from the memorandum attached to the order, that a new trial had been granted in the accompanying case of this respondent against appellant C. B. Burt, supra, page 323; and to await the result of that action.

It would seem that such action was satisfactory to the parties, and the order appealed from is accordingly affirmed.

---

C. H. REISSER and Another v. MINNESOTA FARMERS' MUTUAL INSURANCE COMPANY.[1]

December 31, 1909.

Nos. 16,328—(111).

Action in the district court for Hennepin county to recover $790 upon an adjusted loss under defendant's policy of insurance. The case was tried before Simpson, J., who made findings and ordered judgment in favor of plaintiff. From the judgment entered pursuant to the order, defendant appealed. Affirmed.

*James A. Peterson* and *Alfred H. McVey,* for appellant.

*A. E. Horn,* for respondent.

PER CURIAM.

Judgment affirmed, for the reasons given in Strampe v. Minnesota Farmers' Mutual Ins. Co., supra, page 364, 123 N. W. 1083.

---

FRED WILLERT v. MINNESOTA FARMERS' MUTUAL INSURANCE COMPANY.[2]

December 31, 1909.

Nos. 16,329—(115).

Action in the district court for Hennepin county to recover $550 upon an adjusted loss under defendant's policy of insurance. The case was tried before Simpson, J., who made findings and ordered judgment in favor of plaintiff. From the judgment entered pursuant to the order, defendant appealed. Affirmed.

*James A. Peterson* and *Alfred H. McVey,* for appellant.

*A. E. Horn,* for respondent.

[1]Reported in 123 N. W. 1085.
[2]Reported in 123 N. W. 1085.